July 14, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 17 2015

Abel Acosta, Clerk

26,423-02

Texas Court of Criminal Appeals
Attn: Judge Diane Henson
P.O. Box 12308
Austin, Texas 78711

Dear Judge Henson:

You stated that "a judge should only have one goal- Stand up for truth and do the right thing" when you allowed Michael Morton to DNA test the evidence that led to his exoneration.

The Austin Police Department and the Travis County DA's office have thirteen fingerprints of the person who killed my husband. But they refuse to have them identified.

At my trial prosecutor Powers and Sgt. Polanco told the jury the killer's fingerprints could not be identified because no one at the Austin Police Department could use the laser fingerprint machine due to city budgets.

That is not true. Rick Crislip, APD ID Technician, testified that the laser fingerprint machine was in use at the time of my husbands murder.

I have been asking the APD and the DA for 25 years to have the thirteen fingerprints of the person who killed my husband identified. The FBI have a fingerprint Database with 40 million fingerprints in it.

What is the police and prosecutors excuse now?

Judge Henson, will you please issue an order to the Austin Police Department and Travis County DA's office to have the thirteen fingerprints of the person who killed my husband identified, so I can be released from this unlawful conviction?

Respectfully requested.

Sincerely,
Naomi Easley Moore

Naomi Easley Moore
Murray Unit #581658
1916 N. Hwy 36 Bypass
Gatesville, Texas 76596